IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:06-CV-0306-FL(3)

|  |  |  |
|---|---|---|
| PAMELA MELVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion for copies and motion for expedited review. (DE 50, 53). The motions asked the court to provide plaintiff with copies of the exhibits attached to a November 6, 2006, motion to dismiss. (DE 18-1, 2). Included with the motion was a personal check in the amount of ten dollars ($10.00). As stated in the court's order on April 28, 2016, this is not the proper method for filing a copy request. (DE 49); See Copy Request Procedure, Eastern District of North Carolina, (October 1, 2014), available at: http://www.nced.uscourts.gov/pdfs/CopyRequestInstructions.pdf. Such a copy request may be made online, after which the record request clerk will contact the requesting party with the amount due and payment options. See Record Request System, Eastern District of North Carolina, available at: http://www.nced.uscourts.gov/crsM/Default.aspx.

Based on the foregoing, plaintiff's motion for copies is DENIED WITHOUT PREJUDICE. Plaintiff's motion for expedited review is DENIED as MOOT.

SO ORDERED, this the 5th day of May, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge